RECEIVED
IN MONROE, LA

NOV 2 2 2006
ⲘⲘⲎⲏ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30003-01 |
| VERSUS | * | JUDGE JAMES |
| STEPHEN A. COLLINS | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion

to Suppress (Document No. 28-1) is hereby **DENIED**.

THUS DONE AND SIGNED this __22__ day of November 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION